[Grafton, December, 1887.]

## GORDON *v.* KEZER & a.

TRESPASS *qu. cl.* Upon the facts found by the referee, judgment was ordered for the plaintiff.

BINGHAM, J., did not sit: the others concurred.

*Page & Story*, for the plaintiff.

*E. Woods* and *Bingham, Mitchells & Batchellor*, for the defendants.

---

[Carroll, June, 1888.]

## RICHARDSON *v.* CHASE.

TRESPASS *de bonis.* The plaintiff owned three horses, one of which was mortgaged. The defendant, a deputy sheriff, seized the two unincumbered horses on a writ, and, upon the plaintiff's demand of one of them as exempt from attachment, refused to give it up. Judgment was rendered for the plaintiff, and the defendant excepted.

CARPENTER, J. The doctrine of *Greenleaf* v. *Sanborn*, 44 N. H. 17, is affirmed.

*Exceptions overruled.*

SMITH, J., did not sit: the others concurred.

*F. B. Osgood*, for the plaintiff.

*J. B. Nash*, for the defendant.